Michael Machat, Esq.
MACHAT & ASSOCIATES, P.C.
9107 Wilshire Blvd., Suite 425
Beverly Hills, California 90210
Telephone:  (310) 860-1833
Telefax:  (310) 860-1837
Email: info@machatlaw.com

Attorneys for Plaintiff
TI Beverage Group, Ltd

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TI BEVERAGE GROUP, LTD,<br><br>    Plaintiff,<br><br>vs.<br><br>MARWAL ART INDUSTRIES, INC., et al.,<br><br>    Defendants. | CASE NO. CV10-02734 SJO (PJWx)<br><br>**CONSENT DECREE AND ORDER OF PERMANENT INJUNCTION AGAINST DEFENDANTS MARWAL ART INDUSTRIES AND MARCEL WALDER** |

This matter is before the court upon the agreement and consent decree for entry of Permanent Injunction made on the record of the Court by and between Plaintiff TI BEVERAGE GROUP, LTD and Defendants MARWAL ART INDUSTRIES, INC doing business as ROM VIN IMPORT CO., and MARCEL WALDER, an individual, (individually and collectively "MARWAL") which

defendants expressly deny liability or fault in this action.

GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that a Permanent Injunction issue and be entered as against the above-identified Defendants, and each of them, as follows:

1. By agreement, Defendants MARWAL ART INDUSTRIES, INC. (doing business as Rom Vin Import Co.), MARCEL WALDER, and each of them, including their respective employees, principals, officers, directors, agents, representatives, attorneys, trustees, subsidiaries, successors, heirs, affiliates, transferees, and assigns, and each of them, and all those in active concert, privity, and/or participation with any of them, (hereinafter collectively referred to as 'MARWAL") who shall received actual notice of this Order are hereby PERMANENTLY ENJOINED from engaging in the following activities, or in any of them, throughout the universe, to wit:

1.1. Infringing upon the name, business reputation, and/or goodwill associated with TI BEVERAGE GROUP LTD'S licensed trademarks VAMPIRE, DRACULA, CHATEAU DU VAMPIRE, VAMPIRE VINEYARDS, VAMPYRE, VAMP, DRACOLA, TASTE OF IMMORTALITY, and SIP THE BLOOD OF THE VINE. For the purposes of this Permanent Injunction, the terms "infringe," "infringing" and "infringement" shall be deemed to expressly include, without limitation, the sale and/or commercial exploitation of any beverage product (including both alcoholic and non-alcoholic products) or beverage related product bearing any of the aforementioned marks as well as the sale of any beverage product or beverage related product that bears the names vampire or Dracula or is sold with a vampire theme.

1.2. Selling or offering for sale beverage products bearing any of the following trademarks: VAMPIRE, DRACULA, CHATEAU DU VAMPIRE, VAMPIRE VINEYARDS, VAMPYRE, VAMP, DRACOLA, TASTE OF IMMORTALITY, SIP THE BLOOD OF THE VINE.

MACHAT & ASSOCIATES, P.C.
9107 Wilshire Blvd., Ste. 425
Beverly Hills, California 90210
Telephone: (310) 860-1833

1.3 Selling or offering for sale beverage products bearing a trademark confusingly similar to any of the following trademarks: VAMPIRE, DRACULA, CHATEAU DU VAMPIRE, VAMPIRE VINEYARDS, VAMPYRE, VAMP, DRACOLA, TASTE OF IMMORTALITY, SIP THE BLOOD OF THE VINE.

1.4 Selling or offering for sale beverage products marketed with a vampire or Dracula related theme;

1.5 Using the words vampire or Dracula to advertise, promote, market, offer for sale or sell any beverage, glassware, or food product or service.

APPROVED AS TO FORM AND CONTENT

August 25, 2010
By: _____
Bruce Altshuler, Attorney for
Defendants Marwal Art Industries, Inc.,
and Marcel Walder

By: _____
Error! Reference source not found. Attorney for Plaintiff TI Beverage Group, Ltd.

**IT IS SO ORDERED**

_____
**Hon. S. James Otero**
**Judge Of The United States District Court**

MACHAT & ASSOCIATES, P.C.
9107 Wilshire Blvd., Ste. 425
Beverly Hills, California 90210
Telephone: (310) 860-1833

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28